| | |
|---|---|
| David T. Burse (Bar No. 160120 )<br>Vista IP Law Group LLP<br>12930 Saratoga Avenue, Suite D-2<br>Saratoga, CA 95070<br>TEL (408) 777-2905<br>FAX (408) 877-1662<br>E-MAIL dtb@viplawgroup.com<br><br>Attorneys for Defendant<br>Mintek Digital, Inc. | John W. Carpenter (Bar No. 221708)<br>Technology Licensing Company Inc.<br>33 ½ Los Pinos<br>Nicasio, CA 94946<br>TEL: (415) 240-4700<br>FAX: (415) 240-4771<br>E-MAIL: john@jwcarpenterlaw.com<br><br>Attorney for Plaintiff<br>Technology Licensing Company Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **Technology Licensing Company, Inc.,**<br><br>Plaintiff<br><br>v.<br><br>**Mintek Digital, Inc.,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C06-06556 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Honorable Susan Illston** |

STIP. AND PROPOSED ORDER CONTINUING INITIAL CMC
Case No. C 06-06556 (SI)

1     IT IS HEREBY STIPULATED by and between the parties herein, through their
2 respective counsel of record, as follows:
3     WHEREAS, the Initial Case Management Conference in this matter is currently
4 set for January 26, 2007 at 2:00 PM;
5     WHEREAS, the parties have essentially agreed to the terms for settling the above-
6 identified captioned case;
7     WHEREAS, the parties need additional time to finalize the settlement; and
8     WHEREAS, the parties have agreed that it would be in the best interest of the
9 parties to seek a continuance of the Initial Case Management Conference to February 9, 2007, or
10 to another date thereafter the Court's calendar permits.
11     ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the
12 Initial Case Management Conference in this matter be continued to February 9, 2007 at 2:00 PM,
13 or whatever date and time thereafter the Court's calendar permits.

By: /s/ John W. Carpenter

John W. Carpenter (Bar No. 221708)

Attorney for Plaintiff
Technology Licensing Company Inc.

By: /s/ David T. Burse

David T. Burse (Bar No. 160120)
Vista IP Law Group LLP

Attorneys for Defendant
Mintek Digital, Inc.

<u>**ORDER**</u>

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated _____, 2007

_____
The Honorable Susan Illston
United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, David T. Burse, attest that signatory John W. Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE and consents to its filing in this action.

/s/ David T. Burse